IN THE UNITED STATES DISTRICT COURT

**FILED**
SEP 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rafael Daniel De La Cruz-Jimenez®

_____

_____

Name of Plaintiff(s)

v.

Ronnie Holt & Cameron Lindsay

Stephen Wagner, DeRoberto, Koehn

MacDonald

_____

Name of Defendant(s)

Civil Case No.  _____

Judge  _____

(Number and Judge to be assigned by court)

**07 1654**

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. __X__ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $250.00 has been paid in full.

2. _____ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3.       Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No __X__

(a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
Yes _____   No __X__

RECEIVED
AUG 03 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____
                          0
_____
_____


4. (a) Are you presently employed at the Institution?  Yes  X   No ___

   (b) If yes, what is your monthly compensation?  $ 5.00 Monthly


5. Do you own any cash or other property; have a bank account; or receive money from any source?  Yes _____  No  X

   If the answer is "yes" to any of the above, describe each source and the amount involved.

_____
_____
                          0
_____
_____


I certify under penalty of perjury that the foregoing is true and correct.

Executed on  July 30, 2007                    Rafael Daniel Dela Cruz
             (Date)                           (Signature of Plaintiff)
                                        under UCC 1-308 All Right Reserved without prej.


This certification is executed pursuant to Title 28, United States Code, Section 1746.

2  Rafael Daniel Dela Cruz Jimenez ©
   July 30, 2007

| Alpha Code | Date | Reference | Type | Amount | Balance |
|---|---|---|---|---|---|
| CAA | 12/13/2006 5:28:48 PM | 51 | Sales | ($10.30) | $0.08 |
| CAA | 12/11/2006 5:30:43 PM | ITS1211 | Phone Withdrawal | ($3.00) | $10.38 |
| CAA | 12/10/2006 2:59:09 PM | ITS1210 | Phone Withdrawal | ($2.00) | $13.38 |
| CAA | 12/9/2006 9:30:41 AM | ITS1209 | Phone Withdrawal | ($3.00) | $15.38 |
| CAA | 12/8/2006 7:04:45 PM | ITS1208 | Phone Withdrawal | ($2.00) | $18.38 |
| CAA | 12/8/2006 5:16:14 PM | ITS1208 | Phone Withdrawal | ($3.00) | $20.38 |
| CAA | 12/8/2006 9:13:48 AM | GIPP1106 | Payroll - IPP | $7.92 | $23.38 |
| CAA | 11/30/2006 8:03:14 PM | ITS1130 | Phone Withdrawal | ($4.00) | $15.46 |
| CAA | 11/29/2006 2:14:51 PM | 24 | Sales | ($1.00) | $19.46 |
| CAA | 11/29/2006 2:12:58 PM | 23 | Sales | ($34.50) | $20.46 |
| CAA | 11/28/2006 7:46:29 PM | ITS1128 | Phone Withdrawal | ($15.00) | $54.96 |
| CAA | 11/28/2006 7:11:47 PM | 33304207 | Western Union | $50.00 | $69.96 |
| CAA | 11/27/2006 6:00:57 PM | ITS1127 | Phone Withdrawal | ($1.00) | $19.96 |
| CAA | 11/26/2006 8:22:03 PM | ITS1126 | Phone Withdrawal | ($5.00) | $20.96 |
| CAA | 11/26/2006 8:11:45 PM | ITS1126 | Phone Withdrawal | ($5.00) | $25.96 |
| CAA | 11/24/2006 4:08:43 PM | 33304007 | Western Union | $30.00 | $30.96 |
| CAA | 11/23/2006 6:22:15 PM | ITS1123 | Phone Withdrawal | ($5.00) | $0.96 |

1 2 3

Total Transactions: 112                    Totals:    $0.24    $0.00

---

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $0.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.32 |
| Totals: | $0.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.32 |

07 1654 FILED

SEP 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

InmateStatementCombined

## Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 56269004 |
| Inmate Name: | DE LA CRUZ-JIMENEZ, RAFAEL |
| Report Date: | 03/16/2007 |
| Report Time: | 12:46:21 PM |
| Current Institution: | Canaan USP |
| Housing Unit: | CAA-C |
| Living Quarters: | C04-215L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 2/1/2007 6:50:41 PM | ITS0201 | | | Phone Withdrawal | ($1.00) | | $49.93 |
| CAA | 1/30/2007 7:10:46 PM | 33308707 | | | Western Union | $50.00 | | $50.93 |
| CAA | 1/26/2007 7:56:03 PM | ITS0126 | | | Phone Withdrawal | ($3.00) | | $0.93 |
| CAA | 1/25/2007 7:25:16 PM | ITS0125 | | | Phone Withdrawal | ($2.00) | | $3.93 |
| CAA | 1/17/2007 8:30:44 PM | ITS0117 | | | Phone Withdrawal | ($2.00) | | $5.93 |
| CAA | 1/15/2007 6:01:37 PM | ITS0115 | | | Phone Withdrawal | ($2.00) | | $7.93 |
| CAA | 1/15/2007 2:46:27 PM | ITS0115 | | | Phone Withdrawal | ($1.00) | | $9.93 |
| CAA | 1/13/2007 6:22:50 PM | ITS0113 | | | Phone Withdrawal | ($2.00) | | $10.93 |
| CAA | 1/12/2007 9:16:28 PM | ITS0112 | | | Phone Withdrawal | ($1.00) | | $12.93 |
| CAA | 1/12/2007 6:42:47 PM | ITS0112 | | | Phone Withdrawal | ($2.00) | | $13.93 |
| CAA | 1/10/2007 6:04:41 PM | ITS0110 | | | Phone Withdrawal | ($2.00) | | $15.93 |
| CAA | 1/10/2007 6:00:03 PM | ITS0110 | | | Phone Withdrawal | ($1.00) | | $17.93 |
| CAA | 1/9/2007 5:04:53 PM | ITS0109 | | | Phone Withdrawal | ($2.00) | | $18.93 |
| CAA | 1/7/2007 7:00:06 PM | ITS0107 | | | Phone Withdrawal | ($2.00) | | $20.93 |
| CAA | 1/6/2007 7:41:16 PM | ITS0106 | | | Phone Withdrawal | ($2.00) | | $22.93 |
| CAA | 1/5/2007 8:19:30 PM | ITS0105 | | | Phone Withdrawal | ($2.00) | | $24.93 |
| CAA | 1/5/2007 7:55:08 PM | ITS0105 | | | Phone Withdrawal | ($1.00) | | $26.93 |
| CAA | 1/4/2007 7:37:15 PM | ITS0104 | | | Phone Withdrawal | ($4.00) | | $27.93 |
| CAA | 1/4/2007 6:13:40 PM | 64 | | | Sales | ($14.15) | | $31.93 |
| CAA | 1/3/2007 8:03:43 PM | ITS0103 | | | Phone Withdrawal | ($1.00) | | $46.08 |
| CAA | 1/3/2007 7:10:20 PM | ITS0103 | | | Phone Withdrawal | ($1.00) | | $47.08 |
| CAA | 1/2/2007 6:12:36 PM | ITS0102 | | | Phone Withdrawal | ($5.00) | | $48.08 |
| CAA | 12/31/2006 1:46:51 PM | ITS1231 | | | Phone Withdrawal | ($10.00) | | $53.08 |
| CAA | 12/31/2006 10:53:54 AM | ITS1231 | | | Phone Withdrawal | ($5.00) | | $63.08 |
| CAA | 12/30/2006 9:09:05 PM | 33306507 | | | Western Union | $50.00 | | $68.08 |
| CAA | 12/30/2006 6:47:37 PM | ITS1230 | | | Phone Withdrawal | ($2.00) | | $18.08 |
| CAA | 12/28/2006 8:42:34 PM | ITS1228 | | | Phone Withdrawal | ($2.00) | | $20.08 |
| CAA | 12/25/2006 7:02:51 PM | ITS1225 | | | Phone Withdrawal | ($3.00) | | $22.08 |
| CAA | 12/25/2006 11:29:22 AM | ITS1225 | | | Phone Withdrawal | ($8.00) | | $25.08 |
| CAA | 12/24/2006 5:49:48 PM | ITS1224 | | | Phone Withdrawal | ($7.00) | | $33.08 |
| CAA | 12/23/2006 6:12:51 PM | ITS1223 | | | Phone Withdrawal | ($5.00) | | $40.08 |
| CAA | 12/23/2006 6:05:07 PM | ITS1223 | | | Phone Withdrawal | ($5.00) | | $45.08 |
| CAA | 12/23/2006 1:10:52 PM | 33306007 | | | Western Union | $50.00 | | $50.08 |

## Inmate Statement

| | | | | | | | | PRINT |
|---|---|---|---|---|---|---|---|---|
| **Inmate Reg #:** | 56269004 | | | **Current Institution:** | Canaan USP | | | |
| **Inmate Name:** | DE LA CRUZ-JIMENEZ, RAFAEL | | | **Housing Unit:** | CAA-C | | | |
| **Report Date:** | 03/16/2007 | | | **Living Quarters:** | C04-215L | | | |
| **Report Time:** | 12:46:23 PM | | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 11/22/2006 8:29:37 PM | ITS1122 | | | Phone Withdrawal | ($5.00) | | $5.96 |
| CAA | 11/21/2006 6:19:47 PM | ITS1121 | | | Phone Withdrawal | ($5.00) | | $10.96 |
| CAA | 11/20/2006 6:17:06 PM | ITS1120 | | | Phone Withdrawal | ($5.00) | | $15.96 |
| CAA | 11/19/2006 10:38:48 AM | ITS1119 | | | Phone Withdrawal | ($10.00) | | $20.96 |
| CAA | 11/18/2006 3:10:22 PM | 33303507 | | | Western Union | $30.00 | | $30.96 |
| CAA | 11/17/2006 5:51:09 PM | ITS1117 | | | Phone Withdrawal | ($10.00) | | $0.96 |
| CAA | 11/16/2006 5:45:04 PM | ITS1116 | | | Phone Withdrawal | ($5.00) | | $10.96 |
| CAA | 11/15/2006 8:14:34 PM | ITS1115 | | | Phone Withdrawal | ($4.00) | | $15.96 |
| CAA | 11/9/2006 1:42:54 PM | GIPP1006 | | | Payroll - IPP | $19.68 | | $19.96 |
| CAA | 10/9/2006 6:03:26 PM | ITS1009 | | | Phone Withdrawal | ($22.00) | | $0.28 |
| CAA | 10/6/2006 10:32:28 AM | GIPP0906 | | | Payroll - IPP | $7.20 | | $22.28 |
| CAA | 10/6/2006 10:31:21 AM | GIPP0906 | | | Payroll - IPP | $15.00 | | $15.08 |

1 2 3

Total Transactions: 112                                          Totals:     $0.24     $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $0.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.32 |
| **Totals:** | $0.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.32 |

| | | | | |
|---|---|---|---|---|
| CAA | 3/5/2007 8:39:20 PM ITS0305 | Phone Withdrawal | ($2.00) | $10.25 |
| CAA | 2/27/2007 5:16:24 PM ITS0227 | Phone Withdrawal | ($20.00) | $12.25 |
| CAA | 2/25/2007 8:42:29 PM ITS0225 | Phone Withdrawal | ($3.00) | $32.25 |
| CAA | 2/21/2007 9:13:34 PM ITS0221 | Phone Withdrawal | ($1.00) | $35.25 |
| CAA | 2/21/2007 8:18:55 PM ITS0221 | Phone Withdrawal | ($1.00) | $36.25 |
| CAA | 2/20/2007 8:10:18 PM ITS0220 | Phone Withdrawal | ($3.00) | $37.25 |
| CAA | 2/12/2007 9:02:35 PM ITS0212 | Phone Withdrawal | ($1.00) | $40.25 |
| CAA | 2/11/2007 7:26:46 PM ITS0211 | Phone Withdrawal | ($2.00) | $41.25 |
| CAA | 2/11/2007 6:54:42 PM ITS0211 | Phone Withdrawal | ($1.00) | $43.25 |
| CAA | 2/9/2007 8:26:57 PM ITS0209 | Phone Withdrawal | ($2.00) | $44.25 |
| CAA | 2/9/2007 10:07:57 AM GIPP0107 | Payroll - IPP | $7.32 | $46.25 |
| CAA | 2/4/2007 9:47:01 PM ITS0204 | Phone Withdrawal | ($2.00) | $38.93 |
| CAA | 2/4/2007 8:04:20 PM ITS0204 | Phone Withdrawal | ($2.00) | $40.93 |
| CAA | 2/3/2007 9:29:28 PM ITS0203 | Phone Withdrawal | ($1.00) | $42.93 |
| CAA | 2/3/2007 8:30:42 PM ITS0203 | Phone Withdrawal | ($1.00) | $43.93 |
| CAA | 2/2/2007 8:46:58 PM ITS0202 | Phone Withdrawal | ($1.00) | $44.93 |
| CAA | 2/1/2007 8:24:09 PM ITS0201 | Phone Withdrawal | ($4.00) | $45.93 |

1 2 3

**Total Transactions: 112**                                                     **Totals:**       $0.24         $0.00

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $0.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.32 |
| Totals: | $0.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.32 |

# Inmate Statement

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | 56269004 | Current Institution: | Canaan USP | |
| Inmate Name: | DE LA CRUZ-JIMENEZ, RAFAEL | Housing Unit: | CAA-C | |
| Report Date: | 03/16/2007 | Living Quarters: | C04-215L | |
| Report Time: | 12:46:21 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 7/3/2007 6:38:25 PM | ITS0703 | | | Phone Withdrawal | ($3.00) | | $0.32 |
| CAA | 7/2/2007 9:31:53 PM | ITS0702 | | | Phone Withdrawal | ($1.00) | | $3.32 |
| CAA | 7/2/2007 5:03:00 PM | ITS0702 | | | Phone Withdrawal | ($1.00) | | $4.32 |
| CAA | 7/1/2007 8:23:20 PM | ITS0701 | | | Phone Withdrawal | ($1.00) | | $5.32 |
| CAA | 7/1/2007 3:15:11 PM | ITS0701 | | | Phone Withdrawal | ($1.00) | | $6.32 |
| CAA | 6/30/2007 11:35:32 AM | ITS0630 | | | Phone Withdrawal | ($3.00) | | $7.32 |
| CAA | 6/28/2007 8:06:23 PM | ITS0628 | | | Phone Withdrawal | ($2.00) | | $10.32 |
| CAA | 6/27/2007 6:52:38 PM | ITS0627 | | | Phone Withdrawal | ($5.00) | | $12.32 |
| CAA | 6/26/2007 9:11:40 PM | ITS0626 | | | Phone Withdrawal | ($5.00) | | $17.32 |
| CAA | 6/26/2007 5:21:29 PM | ITS0626 | | | Phone Withdrawal | ($2.00) | | $22.32 |
| CAA | 6/25/2007 5:16:49 PM | ITS0625 | | | Phone Withdrawal | ($5.00) | | $24.32 |
| CAA | 6/22/2007 12:04:47 PM | 31 | | | Sales | $2.70 | | $29.32 |
| CAA | 6/22/2007 8:20:25 AM | 19 | | | Sales | ($2.70) | | $26.62 |
| CAA | 6/15/2007 8:02:09 AM | 10 | | | Sales | ($6.45) | | $29.32 |
| CAA | 6/8/2007 8:17:18 AM | 8 | | | Sales | ($19.75) | | $35.77 |
| CAA | 6/4/2007 7:44:33 PM | ITS0604 | | | Phone Withdrawal | ($5.00) | | $55.52 |
| CAA | 6/1/2007 9:17:04 PM | 33317507 | | | Western Union | $60.00 | | $60.52 |
| CAA | 5/11/2007 9:10:27 AM | 23 | | | Sales | ($5.30) | | $0.52 |
| CAA | 5/4/2007 2:46:16 PM | GIPP0407 | | | Payroll - IPP | $5.25 | | $5.82 |
| CAA | 4/7/2007 12:10:23 AM | GICD0407 - 588 | | | Debt Encumbrance - Released | | $1.68 | -------- |
| CAA | 4/7/2007 12:10:23 AM | GICD0407 - 568 | | | Debt Encumbrance - Released | | $0.32 | -------- |
| CAA | 4/7/2007 12:10:23 AM | GICD0407 | | | Inmate Co-pay | ($2.00) | | $0.57 |
| CAA | 4/6/2007 7:42:59 PM | ITS0406 | | | Phone Withdrawal | ($2.00) | | $2.57 |
| CAA | 4/6/2007 5:13:36 PM | ITS0406 | | | Phone Withdrawal | ($1.00) | | $4.57 |
| CAA | 4/6/2007 3:55:13 PM | GIPP0307 | | | Payroll - IPP | $5.25 | | $5.57 |
| CAA | 4/6/2007 3:55:13 PM | GICD0407 - 588 | | | Debt Encumbrance | | ($1.68) | -------- |
| CAA | 4/4/2007 1:38:36 PM | GICD0407 - 568 | | | Debt Encumbrance | | ($0.32) | -------- |
| CAA | 3/15/2007 5:29:16 PM | 63 | | | Sales | ($20.05) | | $0.32 |
| CAA | 3/14/2007 5:15:35 PM | ITS0314 | | | Phone Withdrawal | ($2.00) | | $20.37 |
| CAA | 3/9/2007 10:22:18 AM | 002036 | | | FRP Quarterly Pymt | $0.00 | | $22.37 |
| CAA | 3/9/2007 10:18:44 AM | GIPP0207 | | | Payroll - IPP | $7.20 | | $22.37 |
| CAA | 3/9/2007 10:18:34 AM | GIPP0207 | | | Payroll - IPP | $7.92 | | $15.17 |
| CAA | 3/8/2007 8:02:59 PM | ITS0308 | | | Phone Withdrawal | ($3.00) | | $7.25 |